BENJAMIN B. WAGNER
United States Attorney
KIMBERLY A. SANCHEZ
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559)497-4000

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,      )<br>                                )<br>            Plaintiff,          )<br>                                )<br>v.                              )<br>                                )<br>SALOOME MUHAMMAD,               )<br>                                )<br>            Defendant.          )<br>_____) | CASE NO. 1:12-CR-00166 AWI-DLB<br><br>STIPULATION AND<br>ORDER FOR CONTINUANCE<br>OF STATUS CONFERENCE |

　　　IT IS HEREBY STIPULATED by and between Benjamin B. Wagner, United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney Eric G. Green, attorney for Saloome Muhammad, that the status conference set for October 9, 2012 be continued to October 22, 2012 at 1:00 p.m.  Mr. Green is currently involved in a special circumstances murder trial in Department 73 of Fresno County Superior Court which will last beyond October 9.  Mr. Green also needs additional time to review supplemental discovery provided by the government and to pursue additional investigation.  The parties further request the Court to enter an Order finding that the "ends of justice" served by a continuance outweigh the interest of the public and the defendant in a speedy trial, and that the delay occasioned by

such continuance is excluded from the Act's time limits pursuant to 18 U.S.C. § 3161(h)(8)(A).

Dated: October 3, 2012              Respectfully submitted,

                                    BENJAMIN B. WAGNER
                                    United States Attorney

                              By    /s/ Kimberly A. Sanchez
                                    KIMBERLY A. SANCHEZ
                                    Assistant U.S. Attorney

Dated: October 3, 2012              /s/ Eric Green
                                    ERIC G. GREEN
                                    Attorney for Saloome Muhammad

    IT IS SO ORDERED.

    **Dated:   October 5, 2012**              **/s/ Dennis L. Beck**
                                                                 UNITED STATES MAGISTRATE JUDGE