BENJAMIN B. WAGNER
United States Attorney
KIMBERLY A. SANCHEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>            v.<br><br>SALOOME MUHAMMAD,<br><br>                    Defendant. | CASE NO. 1:12-CR-00166 AWI<br><br>STIPULATION TO CONTINUE MOTION HEARING |

   IT IS HEREBY STIPULATED by and between Benjamin B. Wagner, United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney and Eric Greene, attorney for the defendant, that the trial confirmation and motion hearing set for October 9, 2013 at 1:30 pm before the Honorable Anthony W. Ishii be continued to October 21, 2013 at 1:30 p.m.  The reason for the request is because the hearing was originally set for October 7, 2013 and continued by minute order to October 9, 2013 at 1:30, and undersigned counsel has a prescheduled meeting for which the business day of October 9 had been set aside with several parties in attendance on a time-sensitive matter, and the meeting cannot be timely rescheduled.

///

///

///

///

U.S. v. Greene Motion Hearing Stipulation                    1

As the defendant's motions are pending, pursuant to 18 U.S.C. § 3161(h)(1)(D) provides for the delay from the filing of the motion through the conclusion of the hearing on such motion is excludable. Additionally, time has already been excluded through the trial date of November 13, 2013.

Dated: October 7, 2013                    Respectfully submitted,

                                                               BENJAMIN B. WAGNER
                                                               United States Attorney

                                        By    /s/ Kimberly A. Sanchez
                                                  KIMBERLY A. SANCHEZ
                                                  Assistant U.S. Attorney

Dated: October 7, 2013                    /s/ Eric Greene
                                                               ERIC GREENE
                                                               Attorney for Saloome Muhammad

IT IS SO ORDERED.

Dated:   October 8, 2013                  _____
                                                               SENIOR  DISTRICT  JUDGE