1  BENJAMIN B. WAGNER
   United States Attorney
2  KIMBERLY A. SANCHEZ
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone:  (559) 497-4000
   Facsimile:  (559) 497-4099
5

6
   Attorneys for Plaintiff
7  United States of America

8

9             IN THE UNITED STATES DISTRICT COURT

10                EASTERN DISTRICT OF CALIFORNIA

11

12 | UNITED STATES OF AMERICA,        | CASE NO.  1:12-CR-00166 AWI
13 |             Plaintiff,           | STIPULATION TO CONTINUE MOTION HEARING
14 |        v.
15 | SALOOME MUHAMMAD,
16 |             Defendant.

17

18       IT IS HEREBY STIPULATED by and between Benjamin B. Wagner, United States Attorney

19 and Kimberly A. Sanchez, Assistant U.S. Attorney and Eric Greene, attorney for the defendant, that the trial

20 confirmation and motion hearing set for October 21, 2013 at 1:30 pm before the Honorable Anthony W. Ishii

21 be  continued to November 4, 2013 at 1:30 p.m.  The reason for the request is because a government witness

22 is experiencing medical problems and needs the time through the next hearing to address the problems.

23       ///

24       ///

25       ///

26       ///

27       ///

28       ///

U.S. v. Greene Motion Hearing Stipulation           1

As the defendant's motions are pending, pursuant to 18 U.S.C. § 3161(h)(1)(D) provides for the delay from the filing of the motion through the conclusion of the hearing on such motion is excludable. Additionally, time has already been excluded through the trial date of November 13, 2013.

Dated: October 17, 2013                             Respectfully submitted,

                                                    BENJAMIN B. WAGNER
                                                    United States Attorney

                                            By      /s/ Kimberly A. Sanchez
                                                    KIMBERLY A. SANCHEZ
                                                    Assistant U.S. Attorney

Dated: October 7, 2013                              /s/ Eric Greene
                                                    ERIC GREENE
                                                    Attorney for Saloome Muhammad

IT IS SO ORDERED.

Dated:   October 18, 2013                   _____
                                            SENIOR DISTRICT JUDGE

U.S. v. Greene Motion Hearing Stipulation            2